UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

S.T., an infant by her mother and natural guardian, : 21-Cv-2248 (SHS)
Crystal Williams, and CRYSTAL WILLIAMS,
:
                Plaintiffs,              ORDER
   -v-                                           :

CITY OF NEW YORK, *ET AL.*,             :

                Defendants.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     In light of this matter having been selected to participate in the Southern District of New York's Plan for Certain Section 1983 Cases Against the City of New York, and that the first mediation conference is scheduled for October 7, 2021, at 11:00 a.m.,

     IT IS HEREBY ORDERED that the initial pretrial teleconference scheduled for September 23, 2021, at 10:00 a.m., is adjourned to December 14, at 9:00 a.m.

Dated: New York, New York
       September 22, 2021

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.