

**HON. SYLVIA O. HICKS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-308
NEW YORK, NY 10007

**STEVE STAVRIDIS**
Senior Counsel
Phone: (212) 356-2687
Fax: (212) 356-3508
sstavrid@law.nyc.gov

March 15, 2022

**Via ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *S.T., an infant, by MNG, Crystal Williams, et ano. v. City of New York, et al.,*
      21-cv-02248 (SHS)

Your Honor:

    I am a Senior Counsel in the office of Hon. Sylvia O. Hicks-Radix, Corporation Counsel for the City of New York, representing defendant City of New York in the above-referenced matter. I write on behalf of both parties to respectfully request an adjournment of the pre-trial conference scheduled for March 17, 2022 at 11:00 a.m. to a date and time after April 30, 2022 that is convenient for the Court.

    The adjournment is requested because the parties have a mediation conference scheduled for March 30, 2022 where the parties will make renewed efforts to reach a settlement in this matter. The parties are also proceeding with discovery and have not encountered any issues requiring Court intervention. Granting the adjournment will not affect any other scheduled dates nor serve to delay proceedings the discovery end date for this case is August 26, 2022.

In view of the foregoing, the parties respectfully request that pre-trial conference scheduled for March 17, 2022 be adjourned to a date and time after April 30, 2022 that is convenient for the Court.

Respectfully,

s/ *Steve Stavridis*

Steve Stavridis
Senior Counsel
*Attorney for Defendant City of New York*

Copy: All counsel of record (by ECF)

**The conference is adjourned to May 4, 2022, at 10:00 a.m., and will take place in Courtroom 23A.**

**Dated: New York, New York
    March 15, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.