UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

S.T., an infant by her mother and natural guardian,   :        21-Cv-2248 (SHS)
Crystal Williams, and CRYSTAL WILLIAMS,

                                                 :

                        Plaintiffs,      :        ORDER

      -v-                                  :

CITY OF NEW YORK, *ET AL.*,             :

                        Defendants.    :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A teleconference having been held today, with counsel for all parties participating,

     IT IS HEREBY ORDERED that:

     1.     The last day for plaintiffs to move to amend the complaint is extended to May 9, 2022;

     2.     Defendants' response to the motion is due by May 16, 2022; and

     3.     Plaintiffs' reply is due by May 20, 2022.

Dated: New York, New York
       May 4, 2022

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.