UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

S.T., an infant by her mother and natural guardian, :    21-Cv-2248 (SHS)
Crystal Williams, and CRYSTAL WILLIAMS,
                                                                 :
                                  Plaintiffs,                      ORDER
           -v-                                                            :

CITY OF NEW YORK, *ET AL.*,                       :

                               Defendants.                   :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Court will hear oral argument on plaintiffs' motion for an extension of time to amend the complaint [Doc. No. 23] on May 31, 2022, at 11:00 a.m.

Dated: New York, New York
          May 24, 2022

                                                                              SO ORDERED:

                                                                              Sidney H. Stein, U.S.D.J.