UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| S.T., an infant by her mother and natural guardian, Crystal Williams, and CRYSTAL WILLIAMS, | : | 21-Cv-2248 (SHS) |
| Plaintiffs, | : | ORDER |
| -v- | : | |
| CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the status conference scheduled for September 8, 2022, at 9:30 a.m. is adjourned to September 13, 2022, at 10:00 a.m., in Courtroom 23A.

Dated: New York, New York
       August 31, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.