WERTHEIMER LLC

**MEMO ENDORSED**

14 Wall Street
Suite 1603
New York, New York 10005
*t: (646) 720-1098*
joelwertheimer.com

September 12, 2022

**BY ECF**

Hon. Sidney H. Stein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Williams v. City of New York et al.*, 21-cv-2248

Your Honor,

      The Court currently has a conference scheduled for tomorrow, September 13, 2022, at 10:00 a.m. I write to inform the Court that the Plaintiffs have accepted Rule 68 offers from Defendant, obviating the need for a status conference. The parties are currently attempting to resolve the issue of attorneys' fees without the need for application to the Court and are hopeful for resolution.

      As Plaintiff S.T. is a minor, approval of the acceptance of the Rule 68 offer of judgment is conditional on an infant compromise order from the Court. Resolution of the issue of fees before moving for an infant compromise order would simplify the procedure, and Plaintiff S.T. hopes to move for an infant compromise order within the next two weeks.

Very truly yours,

*Joel Wertheimer*

Joel Wertheimer

**The September 13 conference is adjourned until October 13 at 11:00 a.m.**

Dated: New York, New York
       August 12, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.