# WERTHEIMER LLC

14 Wall Street
Suite 1603
New York, New York
10005  t: (646) 720-1098
joelwertheimer.com

October 12, 2022

Hon. Sydney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

BY ECF

Re:   S.T. et al. v. City of New York et al., 21-cv-2248

Your Honor,

      I write with consent of Defendants, and with Plaintiffs' sincere apologies, to request a last minute adjournment request for tomorrow's status conference. Plaintiffs' counsel mis-calendared the event and is unfortunately in Buffalo for a deposition at a correctional facility and unable to return to the Southern District in time for the conference.

      To update the Court, the parties attempted to resolve the issue of attorneys' fees without litigation but were unable to come to an agreement. Plaintiffs anticipate a motion for attorneys' fees as a prevailing party having accepted the Rule 68 offer and, upon an award of attorneys' fees, Plaintiffs will seek an infant compromise order from the Court.

      Plaintiffs apologize to the Court again for the late notice and thank the Court for its consideration of this request.

Very truly yours,

*Joel Wertheimer*

Joel Wertheimer

*[Handwritten endorsement: 10/13 Plts' motion for attorneys' fees is due by October 31; response due November 8. So ordered. Sidney H. Stein, U.S.D.J.]*