# ETHAN D. IRWIN, P.L.L.C.

165 Broadway, 23rd Fl.
New York, NY 10006
Tel. 929-286-6522 • Fax 516-706-6948
www.ethanirwinlaw.com

---

November 10, 2022

**MEMO ENDORSED**

**Via ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: S.T., an infant, by MNG, Crystal Williams, et ano. v. City of New York, et al.,
> 21-cv-02248 (SHS)

Dear Hon. Stein:

As you know, our office represents the plaintiff in connection with this matter.

I write to request that the Court grant Plaintiffs an additional 60 days to submit the infant compromise order. That additional time is necessary to determine whether any Medicare, Medicaid, or Public Assistance liens exist. We have spoken with counsel for Defendants and they consent to the extension.

Of course, should you have any questions, or wish to discuss the matter in greater detail, please do not hesitate to contact the undersigned. Thank you for your time and attention.

CC: Defendants by ECF Only

Very truly yours,

Ethan D. Irwin

**The date to submit the infant compromise order is extended to January 13, 2023.**

**Dated: New York, New York
November 10, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.