UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| S.T., an infant by her mother and natural guardian, Crystal Williams, and CRYSTAL WILLIAMS, | : | 21-Cv-2248 (SHS) |
| | : | |
| Plaintiffs, | | ORDER |
| -v- | : | |
| CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the attorneys for the parties shall appear for a conference on July 20, 2023, at 2:00 p.m. regarding plaintiff's motion for an order approving the settlement of this matter [ECF Doc. No. 65]. The conference will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       July 14, 2023

SO ORDERED

*[Signature]*
_____
SIDNEY H. STEIN
U.S.D.J.