UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.T., an infant by her mother and natural Guardian, CRYSTAL WILIAMS, and CRYSTAL WILLIAMS individually,

              Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT; Police Officer Adam McNab, Lieutenant Kevin Levenstein, Police Officer Thomas Spinard, Police Officer James Biagni, Police Officer Giannatasio, and JOHN DOEs 5-10 (NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICERS), said names being fictitious and Representing the New York City Police Department police officers involved in an incident on or about June 16, 2020, in their official and individual capacities,

              Defendants.

21-Cv-2248 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

In preparation for the status conference scheduled for July 20, 2023 at 2:00 p.m. in Courtroom 23A at 500 Pearl Street, New York, New York, 10007, the parties are directed to file the following documents on ECF in advance of the conference:

1. The "Settlement Agreement and Release" referenced in the Proposed Compromise Order. (ECF No. at 65-3 at 2.)
2. The written agreement referenced in ¶ 7 of the Wertheimer Declaration, "that Ms. Williams and S.T. would receive two-thirds of the total recovery and [Wertheimer's] firm and Mr. Irwin's firm agreed to waive any rights under the retainer agreement to collect statutory attorneys' fees rather than one-third of the global settlement amount plus costs." (ECF No. 65-1 at 3.)

Dated: New York, New York
July 18, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.