UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.T., an infant by her mother and natural
Guardian,
CRYSTAL WILLIAMS, and CRYSTAL
WILLIAMS
individually,

                        Plaintiff,

  — against —

THE CITY OF NEW YORK, NEW YORK CITY
POLICE  DEPARTMENT; and JOHN DOEs 1-10
(NEW YORK  CITY POLICE DEPARTMENT,
POLICE OFFICERS),  said names being fictitious
and Representing the New  York City Police
Department police officers involved  in an
incident on or about June 16, 2020, in their official
and individual capacities

                 Defendants.

Index No. 21-CV-2248

**RULE 68 JUDGMENT**

---

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure,

Defendant the City of New York offered Plaintiffs S.T. and Crystal Williams to take a

judgment against the City of New York in this action, conditional on their joint

acceptance, in the sum of $10,001 each plus reasonable attorneys' fees, expenses, and

costs to the date of the offer, in accordance with the terms and conditions of the Rule 68

Offer of Judgment dated July 19, 2022 and filed with the Court at Dkt. No. 65-4;

**WHEREAS,** on August 2, 2022, the Plaintiffs timely communicated acceptance of

the offer provided the Court approved an infant compromise order for the minor

Plaintiff S.T.;

**WHEREAS,** the Court approved an infant compromise order for the Plaintiff S.T.

permitting acceptance of the offer and directing its distribution;

It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of the Plaintiffs S.T. and Crystal Williams, each in the sums of $10,001, in accordance with the terms and conditions of the Rule 68 Offer of Judgment dated July 19, 2022, filed with the Court at Dkt. No. 65-4.

Dated: New York, New York
8/16/2023

**SO ORDERED:**

Sidney H. Stein

U.S. District Judge