UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.T., an infant by her mother and natural guardian, Crystal Williams, and CRYSTAL WILLIAMS,<br><br>                               Plaintiffs,<br><br>    v.<br><br>CITY OF NEW YORK, *ET AL.*,<br><br>                               Defendants. | 21-CV-2248 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    On June 28, 2024, defendants requested the Court to "reserve decision on plaintiff's motion until such time as the City receives confirmation from Citibank that the settlement funds have in fact been received." (ECF No. 86.) Six weeks have passed since then.

    IT IS HEREBY ORDERED that defendants update the Court on the status of the settlement funds.

Dated:  New York, New York
           August 9, 2024

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.